UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**MINUTES OF PROCEEDINGS**
GRAND JURY

FILED ENTERED / RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 24 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

DATE: 9/24/2025             TIME: 1:05pm to 1:07pm

PRESENT:

THE HONORABLE:

☐ NANCY J. KOPPE, U.S. Magistrate Judge
☐ BRENDA WEKSLER, U.S. Magistrate Judge
☐ DANIEL J. ALBREGTS, U.S. Magistrate Judge
☐ ELAYNA J. YOUCHAH, U.S. Magistrate Judge
☒ MAXIMILIANO D. COUVILLIER III, U.S. Magistrate Judge
☐ _____

COURTROOM ADMINISTRATOR:

☐ ARI C.
☐ JEFF M.
☐ ANGELA R.
☐ ELVIA G.
☒ TAWNEE R.
☐ CHANTAL T.
☐ _____

COURT RECORDER:

☒ NATASHA BACHMAN
☐ PHYLLIS ANDERSON
☐ _____

COURTROOM:

☒ 3A     ☐ 3C
☐ 3B     ☐ 3D

ASSISTANT UNITED STATES ATTORNEY: Skyler Pearson

A roll call of the Grand Jury is taken with **16** members present, which constitutes a quorum. The foreperson of the Grand Jury presents its partial report and indictments.

On the motion of the United States Attorney,

**IT IS ORDERED** that the said report and indictment(s) be filed.

**IT IS FURTHER ORDERED** that the terms of release as to each defendant are fixed as indicated and that arrest warrants or summons be issue where indicated on the attached calendar.

## GRAND JURY CALENDAR for SEPTEMBER 24, 2025

United States District Court at Las Vegas, Nevada.  August 7, 2024, Term.

### Regular Grand Jury 24-01

| CASE NUMBER | PARTIES | CAUSE | AGENCY | STATUS |
|---|---|---|---|---|
| 2:25-cr-00297-JAD-MDC<br>2:25-mj-663-BNW<br><br>SP | GUY ROLLEN MIRANDA | 18/113(a)(3)<br>18/113(a)(4) | NPS | LOCAL<br>FEDERAL<br>CUSTODY |

A&P, Tuesday, September 30, 2025, at 2:30 p.m., Courtroom 3A, DJA

| CASE NUMBER | PARTIES | CAUSE | AGENCY | STATUS |
|---|---|---|---|---|
| 2:25-cr-00298-CDS-EJY<br>2:25-mj-688-EJY<br><br>TS | KETTY DILONE | 49/46504<br>18/113(a)(4)<br>49/46506(1) | FBI | LOCAL<br>FEDERAL<br>CUSTODY |

A&P, Tuesday, September 30, 2025, at 2:30 p.m., Courtroom 3A, DJA

___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

SEP 24 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY