RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Ketty Dilone

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KETTY DILONE,<br><br>  Defendant. | Case No. 2:25-cr-00298-CDS-EJY<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Tina Snelling, Assistant United States Attorney, counsel for the United States of America, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Ketty Dilone, that the Court modify her conditions of release.

The Stipulation is entered into for the following reasons:

1. On October 8, 2025, the Court ordered Ms. Dilone's release on a personal recognizance bond with certain conditions, including a travel restriction within Clark County and a curfew of 6pm. ECF No. 20.

2. Ms. Dilone has been compliant with all her conditions She is taking her medications as ordered and prescribed and is mentally stable.

3. Ms. Dilone has a storage unit in Pahrump, Nevada that contains personal items that she currently needs, including her winter clothing and other items. Ms. Dilone is requesting permission to travel to Pahrump, Nevada to her storage unit, Payless Mini Storage on Friday, November 14, 2025. Her daughter, Karolina will drive her. She will travel there and back within the same day and be home by her 6pm curfew.

4. The government and Pretrial Services have no objection to this requested modification if the date of travel is provided in advance to the Pretrial Services officer and Ms. Dilone is home by her curfew.

This is the first stipulation to modify conditions of release filed herein.

DATED this 12th day of November, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>First Assistant United States Attorney |
| By /s/ Heidi A. Ojeda<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By /s/ Tina Snellings<br>TINA SNELLINGS<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-298-CDS-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| KETTY DILONE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that Ms. Dilone's conditions of release be modified to allow her to make a one-day trip to Pahrump, Nevada on Friday, November 14, 2025, to collect items from her storage unit. If the scheduled trip changes, Ms. Dilone needs to inform Pretrial Services and get their permission to travel on the new date.

IT IS FURTHER ORDERED that Ms. Dilone will be required to be back home by her 6pm curfew on her date of travel.

DATED this 12th day of November, 2025.

_____
UNITED STATES MAGISTRATE JUDGE