# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KETTY DILONE,<br><br>    Defendant. | Case No. 2:25-cr-298-CDS-EJY<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Stipulation to Modify Conditions of Release (ECF No. 25) is GRANTED.

IT IS THEREFORE ORDERED that Ms. Dilone's conditions of release be modified to extend her curfew to 8pm on Thursday, November 27, 2025.

DATED this 24th day of November, 2025.

                                                                                                         */s/ Elayna J. Youchah*
                                                          UNITED STATES MAGISTRATE JUDGE