**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KETTY DILONE,<br><br>　　　　Defendant. | Case No. 2:25-cr-298-CDS-EJY<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Stipulation to Modify Conditions of Release (ECF No. 31) is GRANTED.

IT IS THEREFORE ORDERED that Ms. Dilone's conditions of release be modified to remove the location monitoring and curfew conditions. All other conditions of pretrial release remain in effect including the medication compliance conditions.

DATED this 11th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3